FILED
2005 MAR 18 P 2:02
U.S. DISTRICT COURT
NEW HAVEN, CT

**MANDATE**

DIST OF CONN.
02-CA-194
HALL

RECEIVED
2005 AUG 23 A 10:19
U.S. ATTORNEYS OFC
HARTFORD, CONNECTICUT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,
Appellee

vs.                                    DOCKET NO. 04-0557

ALFREDO OTONEZ-ACOSTA,
Defendant-Appellant

### AGREEMENT TO DISMISS APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the parties, with the consent of the undersigned defendant-appellant Alfredo Otonez-Acosta, hereby agree that this appeal may be dismissed without cost or attorney's fees to either party.

Respectfully submitted,

THE DEFENDANT-APPELLANT,
ALFREDO OTONEZ-ACOSTA

THOMAS G. DENNIS
FEDERAL PUBLIC DEFENDER

Dated: 8/30/04

By: _____
Thomas P. Belsky
Asst. Federal Public Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

Dated: 8/17/04

_____
Alfredo Otonez-Acosta
Defendant-Appellant

Certified: 3-3-05

Dated: __8/27/04__            _Deborah R. Slater_
                                                         Deborah R. Slater, Esq.
                                                         Assistant United States Attorney
                                                         United States Attorney's Office
                                                         450 Main Street
                                                         Hartford, CT 06103
                                                         (860) 947-1101

### CERTIFICATION

     I HEREBY CERTIFY that a copy of the foregoing AGREEMENT TO DISMISS APPEAL has been mailed to Deborah R. Slater, Assistant United States Attorney, United States Attorney's Office, 450 Main Street, Hartford, CT 06103, on this 20th day of August 2004.

                                                     Thomas P. Belsky

So Ordered
Roseann B. Mackechnie, Clerk
by
___Tracy W. Young___
Tracy W. Young
Motions Staff Attorney

[SEAL: UNITED STATES COURT OF APPEALS FILED SEP 14 2004 SECOND CIRCUIT]

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____